PROB 12
REVISED (05/90)

# UNITED STATES DISTRICT COURT
### for
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -5 AM 9: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. ___Smith, Amanda___          Docket No. ___2:02CR20368-001___

## Petition on Probation and Supervised Release

**COMES NOW** ___Gerald Hunt___ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of ___Amanda Smith___ who was placed on supervision by the Honorable Bernice Donald sitting in the court at ___Memphis, TN___ on the _10th_ day of _January_ , _2003_ who fixed the period of supervision at _two (2) years*_ , and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.    The defendant shall participate in a drug treatment/testing program as directed by the Probation Office.

2.    The defendant shall obtain and maintain full-time employment.


   *Supervised Release began on February 19, 2004.


## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)


### SEE ATTACHED


**PRAYING THAT THE COURT WILL ORDER** a Summons be issued for Amanda Smith  to appear before the United States District Court to answer charges of violation of Supervised Release.


### ORDER OF COURT

Considered and ordered _1st_ day of _July_ , 20_05_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 29, 2005_

_____
U. S. Probation Officer

Place:_ Memphis, TN _

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

16

RE:   **Amanda Smith**
        **Docket Number:  2:02CR20368-01**
        **Page 2**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has violated the following conditions of her Supervised Release:

**The defendant shall participate in drug treatment/testing as directed by Probation Officer.**

On February 19, 2004, Ms. Smith was referred to Professional Counseling Center for drug treatment/testing.

Ms. Smith failed to attend drug counseling on eleven (11) occasions from November 1, 2004 to May 26, 2005.

Ms. Smith failed to submit drug screens on eleven (11) occasions from November 1, 2004 to May 26, 2005.

On May 26, 2005, Ms. Smith was discharged from Professional Counseling Center due to continuous non-compliance with treatment.

## VIOLATION WORKSHEET

1. **Defendant**       Amanda Smith, 4209 Curve Nankipo Rd., Ripley, TN 38063

2. **Docket Number (Year-Sequence-Defendant No.)**       2:02CR20368-01

3. **District/Office**       Western District of Tennessee (Memphis)

4. **Original Sentence**       01      /10      / 2003
   **Date**                    month   day    year
   (If different than above):

5. **Original District/Office**

6. **Original Docket Number (Year-Sequence-Defendant No.)**

7. **List each violation and determine the applicable grade {see §7B1.1}:**

   | Violation(s) | Grade |
   |---|---|
   | • Failure to participate in drug treatment/testing | C |
   | • | |
   | • | |
   | • | |
   | • | |
   | • | |
   | • | |
   | • | |

8. Most Serious Grade of Violation (see §7B1.1(b))       C

9. Criminal History Category (see §7B1.4(a))74       II

10. Range of imprisonment (see §7B1.4(a))       4 -10       months
    *Being originally convicted of a Class C Felony, the statutory maximum term of imprisonment is two (2) years; 18 U.S.C. §3583(e)(3).*

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

    {X}    (a)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

    { }    (b)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

    { }    (c)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W**
**Suite    1400, Washington, D.C., 20004, Attention:  Monitoring Unit**

12. **Unsatisfied Conditions of Original Sentence**

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

Restitution ($) _____N/A_____    Community Confinement ___N/A___

Fine ($) _____N/A_____    Home Detention ___N/A___

Other _____N/A_____    Intermittent Confinement ___N/A___

13. **Supervised Release**

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 {see §§7B1.3(g)(1)}.

Term: _____ to _____ years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment impossible upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment: _____

14. **Departure**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

15. **Official Detention Adjustment** {see §7B1.3(e)}: _____ months _____ days

**Mail documents to: United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W. Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in
case 2:02-CR-20368 was distributed by fax, mail, or direct printing on
July 6, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT