# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 OCT 25 PM 3: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:02CR20368-01-D

AMANDA SMITH
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Amanda Smith, was represented by Needum Louis Germany, III, Esq.

It appearing that the defendant, who was convicted on January 10, 2003, in the above styled cause and was placed on Supervised Release for a period of two (2) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and the Court hereby imposes a term of Supervised Release set to expire on **February 19, 2006**, with the following conditions of supervised release:

1) The defendant shall attend a 28 day In-Patient Drug Treatment Program.

2) The defendant shall attend any additional programs deemed appropriate by the Probation Officer.

The Court also re-imposes all of the previous conditions of Supervised Release and monetary penalties as previously imposed.

Signed this the **25** day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 08/08/1982
U.S. Marshal No.: 18481-076
Defendant's Mailing Address: 4209 Curve Nankipo Rd., Ripley, TN 38063.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:02-CR-20368 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT